Hearing Date and Time: August 6, 2024 at 11:00 a.m. (Prevailing Eastern Time)
Objection Deadline: June 21, 2024 at 4:00 p.m. (Prevailing Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jeffrey D. Saferstein
Jonathan D. Polkes
Caroline Hickey Zalka
Jessica Liou
Furqaan Siddiqui

2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7248
Facsimile: (202) 857-0940
Joshua M. Wesneski

*Attorneys for Digital Currency Group, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Genesis Global Holdco, LLC, et al.,[1]<br><br>　　　　　　Debtor. | Chapter 11<br><br>Case No. 23-10063 (SHL)<br><br>(Jointly Administered) |
| Genesis Global Capital, LLC,<br><br>　　　　　　Plaintiff,<br>　-against-<br><br>Digital Currency Group, Inc.,<br><br>　　　　　　Defendant. | Adv. Proc. No. 23-01168 (SHL) |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

**NOTICE OF HEARING ON (A) DIGITAL
CURRENCY GROUP, INC.'S RULE 60(b)(5) MOTION FOR
RELIEF FROM JUDGMENT AND (B) DIGITAL CURRENCY GROUP'S
MOTION FOR AUTHORITY TO FILE THE RULE 60(b)(5) MOTION UNDER SEAL**

**PLEASE TAKE NOTICE** that, on June 4, 2024, Digital Currency Group, Inc. ("**DCG**") filed *Digital Currency Group, Inc.'s Rule 60(b)(5) Motion for Relief from Judgment* [Adv. Proc. No. 23-01168, ECF No. 31] (the "**Rule 60(b)(5) Motion**").

**PLEASE TAKE FURTHER NOTICE** that, on June 4, 2024, DCG filed *Digital Currency Group's Motion for Authority to File the Rule 60(b)(5) Motion Under Seal* [Adv. Proc. No. 23-01168, ECF No. 32] (the "**Motion to Seal**" and, together with the Rule 60(b)(5) Motion, the "**Motions**").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider (i) entry of an order approving the Rule 60(b)(5) Motion and (ii) entry of an order approving the Motion to Seal (the "**Hearing**") will be conducted before the Honorable Sean H. Lane, United States Bankruptcy Judge for the Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), on **August 6, 2024 at 11:00 a.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (the "**Objections**") to the Motions or the relief requested therein shall be made in writing and (a) filed with the Bankruptcy Court no later than **June 21, 2024 at 4:00 p.m. (Prevailing Eastern Time)** (the "**Objection Deadline**") and (b) served in accordance with the *Order Implementing Certain Notice and Case Management Procedures* [ECF No. 44] (the "**Case Management Order**").

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served with respect to the Motions by the Objection Deadline, the Bankruptcy Court may grant the relief requested in the Motions without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default.

| | |
|---|---|
| Dated: June 14, 2024<br>New York, New York | WEIL, GOTSHAL & MANGES LLP<br><br>*/s/ Jeffrey D. Saferstein*<br>Jeffrey D. Saferstein<br>Jonathan D. Polkes<br>Caroline Hickey Zalka<br>Jessica Liou<br>Furqaan Siddiqui<br>767 Fifth Avenue<br>New York, New York 10153<br>Tel: (212) 310-8000<br>Fax: (212) 310-8007<br>Email: jeffrey.saferstein@weil.com<br>         jonathan.polkes@weil.com<br>         caroline.zalka@weil.com<br>         jessica.liou@weil.com<br>         furqaan.siddiqui@weil.com<br><br>Joshua M. Wesneski<br>2001 M Street NW, Suite 600<br>Washington, DC 20036<br>Tel: (202) 682-7248<br>Fax: (202) 857-0940<br>Email: joshua.wesneski@weil.com<br><br>*Attorneys for Digital Currency Group, Inc.* |

3