CLEARY GOTTLIEB STEEN & HAMILTON LLP
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Debtors*
*and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Genesis Global Holdco, LLC, *et al.*,[1]<br><br>                                Debtors. | Chapter 11<br><br>Case No.: 23-10063 (SHL)<br><br>Jointly Administered |
| Genesis Global Capital, LLC,<br><br>                                Plaintiff,<br><br>v.<br><br>Digital Currency Group, Inc.<br><br>                                Defendant. | Adv. Pro. No. 23-01168 (SHL) |

**NOTICE OF OBJECTION DEADLINE**
**WITH RESPECT TO DIGITAL CURRENCY**
**GROUP, INC.'S RULE 60(b)(5) MOTION FOR RELIEF FROM JUDGMENT**

   **PLEASE TAKE NOTICE** that, on June 4, 2024, Digital Currency Group, Inc. ("DCG") filed *Digital Currency Group, Inc.'s Rule 60(b)(5) Motion for Relief from Judgment* (Adv. Pro. No. 23-01168, ECF No. 31) (the "Motion").

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

**PLEASE TAKE FURTHER NOTICE** that, on June 14, 2024, DCG filed the *Notice of Hearing on (A) Digital Currency Group, Inc.'s Rule 60(b)(5) Motion for Relief from Judgment and (B) Digital Currency Group's Motion for Authority to file the Rule 60(b)(5) Motion Under Seal* (Adv. Pro. No. 23-01168, ECF No. 33) (the "Notice"), indicating that the Motion will be heard at the August 6, 2024 omnibus hearing at 11:00 A.M. (prevailing Eastern time). The Notice set a deadline of June 21, 2024 at 4:00 P.M. (prevailing Eastern time) for any responses or objections (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that Plaintiff and Defendant have agreed, and the Court has approved, an extension of the Objection Deadline to July 10, 2024 and DCG's deadline to file a reply is set for July 30, 2024.

**PLEASE TAKE FURTHER NOTICE** that copies of all pleadings filed in these chapter 11 cases and related adversary proceedings can be viewed and/or obtained: (i) by visiting the Debtors' case website at https://restructuring.ra.kroll.com/genesis/, (ii) otherwise from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC, located at 55 East 52nd Street, 17th Floor, New York, NY 10055, or by calling +1 888-524-2017 or (iii) accessing the Court's website at www.nysb.uscourts.gov. Note that a PACER password is needed to access documents on the Court's website.

Dated:  June 21, 2024
       New York, New York

CLEARY GOTTLIEB STEEN & HAMILTON LLP

/s/ *Luke A. Barefoot*
Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

*Counsel for the Debtors
and Debtors-in-Possession*