**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Genesis Global Holdco, LLC, et al.,[1]<br><br>        Debtor. | Chapter 11<br><br>Case No. 23-10063 (SHL)<br><br>(Jointly Administered) |
| Genesis Global Capital, LLC,<br><br>        Plaintiff,<br><br>-against-<br><br>Digital Currency Group, Inc.,<br><br>        Defendant. | Adv. Proc. No. 23-01168 (SHL) |
| Genesis Global Capital, LLC,<br><br>        Plaintiff,<br><br>-against-<br><br>DCG International Investments Ltd.,<br><br>        Defendant. | Adv. Proc. No. 23-01169 (SHL) |

**ORDER GRANTING DIGITAL CURRENCY GROUP, INC.'S RULE 60(B)(5) MOTION FOR RELIEF FROM JUDGMENT AND DCG INTERNATIONAL <u>INVESTMENTS LTD.'S RULE 60(B)(5) MOTION FOR RELIEF FROM JUDGMENT</u>[2]**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

[2] Capitalized terms have the meaning ascribed to them in the DCG Motion (ECF No. 31, Adv. Proc. 23-01168-shl) and the DCGI Motion (ECF No. 32, Adv. Proc. 23-01169-shl).

WHEREAS, on December 22, 2023, this Court entered the DCG Judgment (ECF No. 18, Adv. Proc. 23-01168-shl) and the DCGI Judgment ((ECF No. 19, Adv. Proc. 23-01169-shl), requiring DCG and DCGI to pay GGC certain Outstanding Undisputed Amounts remaining on the DCG Loans and the DCGI Loans;

WHEREAS, DCG and DCGI paid off all Outstanding Undisputed Amounts under the DCG Loans and the DCGI Loans pursuant to the DCG and DCGI Judgments;

WHEREAS, on June 4, 2024, DCG filed a Rule 60(b)(5) Motion for Relief from the DCG Judgment (ECF No. 31, Adv. Proc. 23-01168-shl) ("**DCG Motion**"), and DCGI filed a Rule 60(b)(5) Motion for Relief from the DCGI Judgment (ECF No. 32, Adv. Proc. 23-01169-shl) ("**DCGI Motion**"), on the grounds that DCG and DCGI satisfied the DCG Judgment and DCGI Judgment in their entirety;

WHEREAS, on July 10, 2024, GGC filed a Reservation of Rights in response to the DCG Motion (ECF No. 37, Adv. Proc. 23-01168-shl) and the DCGI Motion (ECF No. 37, Adv. Proc. 23-01169-shl), acknowledging that it did not object to the relief sought therein, subject to a reservation of rights that is included in this Order;

WHEREAS, the parties agree that the DCG Judgment and the DCGI Judgment have been satisfied in full;

IT IS HEREBY ORDERED THAT:

1. The DCG Motion and the DCGI Motion are granted.
2. The DCG Judgment and the DCGI Judgment have been satisfied in full, and DCG and DCGI are relieved of any further obligations thereunder.
3. Nothing in this Order shall limit any Debtor's rights, defenses, privileges and/or remedies with respect to any and all claims against DCG, DCGI or their affiliates

    or related parties other than claims for payment of the Outstanding Undisputed Amounts, including, without limitation, with respect to (i) any Late Fees that may be owed in respect of the DCG Loans, pursuant to Section III(c) of the DCG MLA; (ii) any Enforcement Costs that may be owed in respect of the DCG Loans and/or the DCGI Loan, pursuant to Section XII of the DCG MLA and the DCGI MLA; (iii) any Conversion Costs that may be owed in respect of the DCG Loans and/or the DCGI Loan, including, without limitation, pursuant to Section XII of the DCG MLA and the DCGI MLA; (iv) any Loan Fees that may be owed in respect of the DCG Loans, pursuant to Section III(a) of the DCG MLA; and (v) any other claims (as defined in 11 U.S.C. 101(5)) that any Debtor may have against DCG, DCGI or any other person that are not the subject of the Turnover Actions.

4. Nothing in this Order shall limit DCG or DCGI's rights, defenses, privileges, and/or remedies with respect to any and all claims that GGC has raised or may raise with respect to the payment of any amounts in Paragraph 3, which are not the subject of the Turnover Actions.

SO ORDERED.

Dated: August 9, 2024                                 */s/ Sean H. Lane*
                                                           The Honorable Sean H. Lane
                                                           United States Bankruptcy Judge